Riches v. Brady et al
Case 8:07-cv-02666-AW   Document 1   Filed 10/03/2007   Page 1 of 3
Doc. 1

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

OCT - 3 2007

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

Jonathan Lee Riches ©,
Plaintiff

V.

CIVIL NO
AW 07-2666

BRADY V. MARYLAND 373 U.S. 83;
JOHN L BRADY;
STATE OF MARYLAND,
DEFENDANTS

COMPLAINT
"BRADY MADE ME CRAZY"
TRO TEMPORARY RESTRAINING ORDER

Comes now the Plaintiff, Jonathan Lee Riches ©, in pro-se, Moves this Honorable Court to issue an order for Defendants named in this suit to respond. Plaintiff moves this Honorable court to issue a TRO Temporary Restraining order Against Defendants withholding evidence that belongs to me to prove my Innocence. Plaintiff prays for relief.

1

The Brady v. Maryland 373 U.S. 83 case is withholding evidence that can free me from torture at FCI Williamsburg. I have documented evidence that my mind needs medication when I spent time at Vision Quest Psychiatric facility in Franklin PA., but defendants are withholding it during my appeals. I was not taking medication during my Identity theft Heists. Defendants were withholding my cure, which forced me to commit crimes so I can go to CVS Pharmacy After hrs and get coolards and relief fast. I had gul bladder surgery at chester county Pennsylvania hospital in 1997. The Gulf stones came from the Gulf of Mexico. Defendants are

withholding my evidence to present actual innocence in my crimes.

### 2

John C. Brady is related to Brady Quinn Quarterback of the cleveland browns who has my brain in a football, tossing my brain tissue during football games because I sued Lebron James in Court. This is a cleveland Connection. Salt n Peppa.

### 3

Defendants are withholding evidence Against my DMX A/K/A Earl Simmons State Suit. I Sued DMX in MARicopa County, Phoenix Arizona court, CAse # CV 2007-014707 for Dog fighting and Abuse. Defendant's are hiding my witnesses in the Brady bill and took my Shotgun liscence away at FCI williamsburg. I was the only inmate Armed in the Bureau of Prisons, Now I'm Defenseless, Naked for Alien Exposure and Mad scientist intentions to screen me at Amc Theators at Sun dance film festible on Oct 11, 2007

### 4

Sep. 10th, 2007 - Defendants took my Nobel peace prize on Writing Lawsuits. Watergate burglers broke into my cell with a Crowbar. My cell mate guards all my awards and trophy's while I'm in the Prison library writing Lawsuits. After a long day work, the crowbar is still wedged in my head. I set off the metal detector. Defendants are withholding FCI doctors from treating me.

### TRO Temporrey Restraining order

I'm innocent under Booker and fanfan. Plaintff moves this court to reverse the Brady v. Maryland Suit from the Supreme court So I can recieve my Evidence that will free myself from daily torture that noone cares about. I have no money, A couple of friends, I'm Starving. I was forced to sue Florida State football coach Bobby Bowden in State court, Leon County, tallahasse Florida, CAse # 2007 CA 002579 For Terrorism because he is not feeding me in Prison. I sued Terri schiavo in U.S. District court in TAmpa because her feeding tube is not giving me Nutrients to have

a clear mind to function. This is the Bureau of Prisons fault. I'm like this. I'm out of control, I spin like a disney tea cup. My family won't talk to me, won't write me, won't send me subliminal messaging.

**5**

I'm a Arguidos in Portuguese Computer cyber hacking on 9-16-07

**6**

I'm the world record holder, the fastest lawsuit writer East of the Mississippi, west of the Atlantic, South of the Mason dixon line, North of the Equator, and down from space, the Territory I belong too. I renounced my American citizenship on 8-8-07. I wont to become a space traveler as my probation occupation and start political parties in the sky on 9-18-08.

**7**

10-1-07 - I'm the father of Angelina Jolie's 5 children. Maddox was my first son, Pax, Zahara, and Shiloh. Defendants are withholding evidence of my 5th son that is missing. Its name is Jihad Riches, Holy water man born at FCI Williamsburg 6-6-06. Defendant's have given my missing son to Montgomery Maryland Police Chief Charles Moose, he gave my son to John Muhammed Sniper for a prison exchange. I'm being tortured Courts. Please help me get my medication back. I love my mother, but she will not speak to me cause defendants are withholding my mind from seeing milk and honey. I see jail cells and overweight bubbas and rotten grass, drink expired milk. I see triple vision. Plaintiff prays for relief

respectfully submitted

Jonathan Lee Riches

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400