IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JONATHAN LEE RICHES                    *
          Plaintiff,
      v.                                   *   CIVIL ACTION NO. AW-07-2666

BRADY V. MARYLAND                      *
JOHN L. BRADY
STATE OF MARYLAND                      *
          Defendants.
                            ***

## **MEMORANDUM**

    Jonathan Lee Riches ("Riches") is a U.S. Bureau of Prisons inmate housed at the Federal Correctional Institution-Williamsburg in Salters, South Carolina, where he is serving a cumulative 125-month sentence for conspiracy and wire fraud imposed in June of 2004. *See United States v. Riches*, Criminal No. 03-090 (S. D. Texas). According to the federal court docket, Riches has filed approximately 63 civil cases in various federal courts since 2006, leveling fantastic claims against individuals, corporate entities, or inanimate objects.[1] On October 3, 2007, the Court received for filing Riches's Complaint where he claims that the Supreme Court opinion of *Brady v. Maryland*, 373 U.S. 83 (1963) is making him "crazy." Paper No. 1. His allegations are delusional at best and speak for themselves.[2] Riches takes personal pride in his ridiculous filings, claiming to be the "fastest lawsuit writer.... [in the] territory...." *Id*.

---

[1]
    Nancy Pelosi, Cindy Sheehan, Michael Jordan, Mickey Mantle, Wayne Gretsky, Joe Montana, George Bush, Malcolm X, Vanna White, Pope Benedict XVI, Adolf Hitler, the Ming Dynasty, Meals on Wheels, Tony Danza, Michelangelo, Jimmy Hoffa, Google.com, the Statute of Liberty, the Appalachian Trail, Hubble Telescope, Terry Schiavo, O. J. Simpson, Apple Computer, Inc., Elvis Presley, Neverland Ranch, Wal-Mart, Inc., Jeff Gordon, Venus Williams, Barry Bonds, Bud Selig, and Hank Aaron's Bat are among the parties named in Riches's complaints.

[2]
    Among his claims, Riches alleges that his Nobel Prize was taken away from him, scientists will attempt to screen him at the Sundance Film Festival in October, 2007, his brain tissue is in a football being tossed around during National Football League games, he is the father of actress Angelina Jolie's five children, and one of his children is missing and was given to sniper John Muhammad by former Montgomery County, Maryland Police Chief Charles Moose for a prisoner exchange. Paper No. 1.

The Court has screened the matter under 28 U.S.C. § 1915A and shall dismiss same. First, a cognizable constitutional claim has not been stated in this obviously frivolous case. Second, records show that Riches has plainly abused the court process. At least thirteen prisoner complaints filed by Riches have been dismissed as frivolous pursuant to 28 U.S.C. § 1915. *See Riches v. Guantanamo Bay*, Civil Action No. VAR-07-13041 (E.D. Mich.) ; *Riches v. Bureau of Prisons*, Civil Action No. MBS-06-194 (D. S.C.); *Riches v. Does*, Civil Action No. FAM-07-20042 (S.D Fla.); *Riches v. Sheehan*, Civil Action No. MJJ-07-3695 (N.D. Cal.); *Riches v. Lebron James, et al.*, Civil Action No. CB-07-2486 (N.D. Ohio); *Riches v. Schiavo, et al.,* Civil Action No. TBM-07-1730 (M. D. Fla.); *Riches v. Schiavo, et al.*, Civil Action No. TGW-07-1644 (M. D. Fla.); *Riches v. Simpson*, *et al.*, Civil Action No. KRS-07-1504 (M. D. Fla.); *Riches v. Wal-Mart Stores, Inc.*, Civil Action No. WRW-07-780 (E. D. Ark.); *Riches v. Bush*, Civil Action No. MBS-07-442 (D. S. C.); *Riches v. Gordan,* Civil. Action No. 07-384 (W. D. N. C.); *Riches v. Swartz, et al.*, Civil Action No. SGW-07-379 (W.D. Va.); and *Riches v. Bonds, et al.*, Civil Action No. RM-07-375 (N. D. Ind.). These complaints have been characterized by members of the federal bench as delusional, frivolous, fanciful, and just plain "nutty." Further, one federal district court has issued a standing order prohibiting Riches from filing any civil complaints without payment of the full statutory filing fee. *See In Re Riches*, Misc. No. GAP-07-33 (M. D. Fla.).

Riches is precluded from filing a federal complaint *in forma pauperis*, unless he is under imminent danger of serious physical harm or injury. *See* 28 U.S.C. § 1915(g). Indeed, court records show that over the course of Riches's history of filing frivolous complaints he has been warned on numerous occasions that he cannot submit such filings without payment of the filing fee or demonstrating imminent danger of serious physical harm. The farcical allegations set out herein do not qualify as claims of imminent danger of serious physical injury.

Neither the civil filing fee nor an indigency application accompanied this Complaint. Nonetheless, in light of the fanciful nature of this Complaint, Riches shall not be given additional time to pay the filing fee or to amend his complaint. The action shall be summarily dismissed. A separate order follows.

Date: <u>October 9, 2007</u>             _____/s/_____
                                                 Alexander Williams Jr.
                                                 United States District Judge