IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JONATHAN LEE RICHES | * |
|       Plaintiff, | |
|     v. | *   CIVIL ACTION NO. AW-07-2666 |
| BRADY V. MARYLAND | * |
| JOHN L. BRADY | |
| STATE OF MARYLAND | * |
|       Defendants. | |
| | *** |

**O R D E R**

For reasons set out in the foregoing Memorandum, IT IS this   9th   day of October, 2007,

by the United States District Court for the District of Maryland, hereby ORDERED that:

1. This case IS SUMMARILY DISMISSED for the failure to state a colorable claim

   under the laws, treaties, and Constitution of the United States; and

2. The Clerk SHALL CLOSE this case.


                                              _____/s/_____
                                              Alexander Williams, Jr.
                                              United States District Judge